UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV 19-01231 AG (JCx) | Date | July 26, 2019 |
|---|---|---|---|
| Title | MAHAFFEY LAW GROUP, P.C. V. STEVEN E PAGANETTI, ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION**

Plaintiff filed this state law case in state court, asserting claims for fraud, breach of contract, and conversion, among other things. (*See generally* First Am. Compl., Dkt. No. 19.) Defendants removed to this Court, asserting diversity jurisdiction. (Notice of Removal, Dkt. No. 1.)

 "Federal courts are courts of limited jurisdiction," and they possess "only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of* America, 511 U.S. 375, 377 (1994). Defendants sought to invoke that limited jurisdiction when they filed their notice of removal in this Court. *See id.* ("It is to be presumed that a cause lies outside of [a federal court's] limited jurisdiction," and "the burden of establishing the contrary rests upon the party asserting jurisdiction."); *see also United States v. Ceja-Prado*, 333 F.3d 1046, 1051 (9th Cir. 2003) ("Nothing is to be more jealously guarded by a court than its jurisdiction." (citation omitted)).

The Court has concerns about whether it has jurisdiction over this case. It's clear from Plaintiff's complaint that federal question jurisdiction doesn't exist. Instead, Defendants say this Court has diversity jurisdiction over this matter. But the Court doubts whether complete diversity existed at the time of removal. When this case was removed, Steven E. Paganetti was the only Defendant. And the Notice of Removal fails to state where Defendant Paganetti resides. Rather, the Notice of Removal merely claims "Defendant Paganetti and Plaintiff are citizens of different states." (Notice of Removal at 2.) No other evidence or allegations are submitted to show where Defendant Paganetti resides.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 19-01231 AG (JCx) | Date | July 26, 2019 |
|---|---|---|---|
| Title | MAHAFFEY LAW GROUP, P.C. V. STEVEN E PAGANETTI, ET AL. | | |

Defendants are thus ORDERED to show cause why this case should not be dismissed for lack of jurisdiction. In reviewing this matter, the Court will consider all available remedies. Defendants may submit a brief of no more than 3 pages by **August 9, 2019**.

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | mku | |